1

2

3

4

5

6

7

8                      **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RICKY ALLEN GONZALES,                    CASE NO. CV-F-04-6462 OWW DLB HC

12                    Petitioner,             ORDER DISREGARDING
                                              PETITIONER'S MOTION TO
13          vs.                               DISMISS AS MOOT

14   EDWARD ALAMEDA, JR.,                     [Doc.

15                    Respondent.
     _____/
16

17          On April 6, 2005, the instant petition for writ of habeas corpus was dismissed and judgment was

18   entered on this same date.[1]   On June 9, 2005, Petitioner filed a motion to dismiss the instant petition

19   expressing his desire to exhaust the state court remedies.

20          Because this action was dismissed on April 6, 2005, and judgment was entered, Petitioner's

21   motion to dismiss the action is MOOT and shall be disregarded on that ground.

22

23   IT IS SO ORDERED.

24   **Dated:    June 21, 2005**                     **/s/ Oliver W. Wanger**
     emm0d6                                      UNITED STATES DISTRICT JUDGE
25

26

27   _____

28      [1]  That order was served on Petitioner at his address of record.

                                              1